```
DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
cjh@dillinghammurphy.com
BROOKE S. PURCELL (SBN 260058)
bsp@dillinghammurphy.com
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone:  (415) 397-2700
Facsimile:  (415) 397-3300
```

Attorneys for Defendants Jeanmarie Boben, Tyler Hubbs, Matthew Hinde, and Patricia Redington

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CVPartners, Inc., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Jeanmarie Boben, an individual; Tyler Hubbs, an individual; Matt Hinde, an individual; Patricia Redington, and individual; Andy Dunayczan, an individual; and Does 1-15,<br><br>Defendants. | Case No.: CV 09 0689-SI<br><br>STIPULATED PROTECTIVE ORDER RE EXAMINATION OF ELECTRONIC DEVICES |

This Stipulated Protective Order is entered into by and between Plaintiff CVPartners, Inc. ("CVPartners"), CVPartners' retained expert, Lynell Phillips ("Phillips"), and Defendants Jeanmarie Boben, Tyler Hubbs, Matthew Hinde, and Patricia Redington ("Defendants") (collectively, the "Parties").

WHEREFORE, pursuant to the terms of a stipulated temporary restraining order, Defendants have voluntarily agreed to produce certain electronic devices (the "Devices") for examination by Phillips; and

1     WHEREFORE, Defendants assert that the Devices they have agreed to produce for inspection contain data and information which is unrelated to this action, including data and information which Defendants assert is private and/or privileged;

    WHEREFORE, the Parties stipulate and agree as follows:

1.     Only Phillips may inspect or examine the Devices produced by Defendants. Neither CVPartners nor its counsel shall be entitled to inspect or examine the Devices. It is expressly understood and agreed that Phillips has been retained solely by Plaintiff CVPartners.

2.     Phillips' inspection and examination of the Devices shall be limited to creating a shadow image of the contents of each of the Devices using EnCase software ("Shadow Images"), and identifying, tracing, locating, recovering, and/or copying information, data or documents that are visible on the Devices and/or the Shadow Images, which are non-privileged and relevant to Plaintiff's claims as alleged in the Complaint ("Discoverable Information"). If Defendants choose in advance of Phillips' inspection and examination of the Devices to retain their own expert, that expert shall meet and confer with Phillips over the protocols to be used in Phillips' inspection and examination. If no agreement is reached, counsel will meet and confer to resolve any issues resolving the protocol before seeking relief from the Court. Such expert must be identified to CVPartners before the Devices are presented for examination and inspection. If no such expert is identified by Defendants, then Phillips shall employ the normal protocols in examining and inspecting the Devices and Shadow Images, which in her judgment are used by computer experts conducting such inspections and examinations. Nothing in this Stipulated Protective Order shall limit Phillips from providing reports to Plaintiff's counsel regarding her inspection and examination of the Devices and Shadow Images, provided that such reports are not based on and do not disclose Excluded Information as described below.

3. Phillips shall not provide to CVPartners and CVPartners shall not take possession of any information, data or documents from Defendants' Devices or from the Shadow Images other than Discoverable Information. Information which is not Discoverable Information ("Excluded Information") specifically includes but is not limited to the following:

    (a) Any personal financial information such as banking records, investment records, bills, payments, tax returns, and/or accounting records;

    (b) Any family related information such as photos, spousal communications and/or family communications;

    (c) Personal communications such as those with friends;

    (d) Music;

    (d) Any medical information; and/or

    (e) Any attorney-client privileged information.

4. With respect to Excluded Information, Phillips' inspection or examination of the Devices and Shadow Images shall be limited to that necessary to identify that it is Excluded Information. With respect to any attorney-client privileged information (communications between any of the Defendants and anyone with Dillingham & Murphy, LLP or the Law Offices of Joshua A. Ridless), Phillips agrees that she will not knowingly access, read, review, and/or disclose the contents of any such communications.

5. CVPartners and Phillips agree that they will not lose, damage, destroy, delete, modify or alter any of the Devices produced by Defendants for inspection or any information, data or documents contained on the Devices.

6. CVPartners agrees that it will provide Defendants' counsel with copies of any information, data or documents obtained from the Devices and provided to CVPartners by Phillips. This does not apply to any report(s) provided by Phillips which constitute attorney-work product. Defendants agree to reimburse CVPartners for the

reasonable expense to copy and deliver any information, data or documents under this provision. All such information, data or documents shall be designated as solely for use in this litigation pursuant to the terms of a stipulated protective order executed by the parties and their counsel. Counsel for the parties will meet and confer concerning the disposition at the end of this litigation of any such information, data or documents that are provided under this provision.

DATED: March 3, 2009

HANSON BRIDGETT LLP

By: /s/
SANDRA L. RAPPAPORT
Attorneys for Plaintiff
CVPartners, Inc.

DATED: March 3, 2009

DILLINGHAM & MURPHY LLP

By: [signature]
CARLA J. HARTLEY
Attorneys for Defendants
Jeanmarie Boben, Tyler Hubbs, Matt Hinde and Patricia Redington

DATED: March 3, 2009

By: /s/
Lynell Phillips

**IT IS SO ORDERED:**

DATED: March , 2009

[signature]
HONORABLE SUSAN ILLSTON
U.S. District Court Judge

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Page 4 – Case No. CV 09 0689 SI
STIPULATED PROTECTIVE ORDER RE EXAMINATION OF ELECTRONIC DEVICE