HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT - 172990
srappaport@hansonbridgett.com
WALTER R. SCHNEIDER - 173113
wschneider@hansonbridgett.com
JILL N. CARTWRIGHT - 209479
jcartwright@hansonbridgett.com
ADAM W. HOFMANN - 238476
ahofmann@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA 94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Plaintiff
CVPARTNERS, INC.

TINGLEY PIONTKOWSKI LLP
BRUCE C. PIONTKOWSKI - 152202
10 Almaden Blvd., Suite 430
San Jose, CA 95113
Telephone:    (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Defendant
ANDY DUNAYCZAN

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CVPartners, Inc., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATT HINDE, an individual; and PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN, an individual; and DOES 1-15,<br><br>Defendants. | No. CV 09 00689 SI<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY RESTRAINING ORDER AND EXPEDITED DISCOVERY AND FOR PROTECTIVE ORDER RE EXAMINATION OF ELECTRONIC DEVICES** |

- 1 -

1

2
　　　　Plaintiff CVPARTNERS, INC. ("CVPartners") and Defendant ANDY DUNAYCZAN

3
("Dunayczan"), by and through their respective counsel of record, hereby stipulate as

4
follows:

5
　　　　1.　　Dunayczan stipulates and agrees to the terms and conditions set forth in

6
the Stipulation and Order for Temporary Restraining Order entered by the Court on

7
March 6, 2009.

8
　　　　2.　　Dunayczan stipulates and agrees to the terms and conditions set forth in

9
the Stipulated Protective Order re Examination of Electronic Devices entered by the

10
Court on March 6, 2009.

11
　　　　3.　　CVPartners stipulates and agrees to be bound as to Dunayczan to the

12
same extent that it has agreed to be bound as to the other defendants herein, regarding

13
the terms and conditions of said Stipulation and Order for Temporary Restraining Order

14
and said Stipulated Protective Order.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

STIPULATION AND [PROPOSED] ORDER REGARDING TRO AND
EXPEDITED DISCOVERY AND FOR PROTECTIVE ORDER
C-09-00689 SI

1850053.1

1   **IT IS SO STIPULATED** between the parties.

2   DATED: March __16__, 2009                     HANSON BRIDGETT LLP

3

4                                                  By:_____/s/_____

5                                                  SANDRA L. RAPPAPORT
                                                   Attorneys for Plaintiff
6                                                  CVPARTNERS, INC.

7   DATED: March _/3_, 2009                        TINGLEY PIONTKOWSKI LLP

8

9                                                  By:_____
                                                   BRUCE C. PIONTKOWSKI
10                                                 Attorneys for Defendant
                                                   ANDY DUNAYCZAN
11

    **IT IS SO ORDERED:**
12

13

14  DATED: _____                  _____
                                                   HONORABLE SUSAN ILLSTON
15                                                 U.S. District Court Judge

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        - 3 -

STIPULATION AND [PROPOSED] ORDER REGARDING TRO AND
EXPEDITED DISCOVERY AND FOR PROTECTIVE ORDER                    1850053.1
C-09-00689 SI