DILLINGHAM & MURPHY, LLP
CARLA J. HARTLEY (SBN 117213)
BROOKE S. PURCELL (SBN 260058)
225 Bush Street, 6th Floor
San Francisco, California 94104-4207
Telephone: (415) 397-2700
Facsimile: (415) 397-3300

Attorneys for Defendants JEANMARIE BOBEN,
TYLER HUBBS, MATTHEW HINDE, and PATRICIA REDINGTON

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CVPARTNERS, Inc., a California Corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATTHEW HINDE, an individual; PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN, an individual; and Does 1-15,<br><br>Defendants. | Case No.: CV 09 0689-SI<br><br>**SUBSTITUTION OF COUNSEL** |

TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION, AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that defendant **MATTHEW HINDE,** whose attorneys of record is Dillingham & Murphy, LLP hereby substitutes L. Julius M. Turman of Morgan Lewis & Bockius, LLP, whose address is One Market, Spear Street Tower, San Francisco, CA 94105-1596; (415) 422-1000 as his attorney of record in the above-captioned action from this date forward.

Page 1 – Case No. # CV 09 0689-SI
NOTICE OF SUBSTITUTION OF ATTORNEY

1  ///

2      I consent to this substitution.

3

4  Dated: April 2, 2009

                                                  MATTHEW HINDE

5

6      I consent to this substitution.

7  Dated: April 27, 2009

                                                  DILLINGHAM & MURPHY, LLP

8                                                      CARLA J. HARTLEY
                                                    BROOKE S. PURCELL

9

10                                  By:
                                                    Attorneys for Defendant

11                                                     MATTHEW HINDE

12     I consent to this substitution.

13 Dated: April 3, 2009

14                                                     MORGAN LEWIS, LLP

15                                  By:

16                                         L. Julius M. Turman

**IT IS SO ORDERED**

Judge Susan Illston

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA