| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | SANDRA L. RAPPAPORT - 172990 |
| 2 | srappaport@hansonbridgett.com |
| | WALTER R. SCHNEIDER - 173113 |
| 3 | JILL N. CARTWRIGHT - 209479 |
| | 425 Market Street, 26th Floor |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 777-3200 |
| 5 | Facsimile: (415) 541-9366 |
| 6 | Attorneys for Plaintiff |
| | CVPARTNERS, INC. |
| 7 | |
| | TINGLEY PIONTKOWSKI LLP |
| 8 | BRUCE PIONTKOWSKI - 152202 |
| | 10 Almaden Blvd., Suite 430 |
| 9 | San Jose, CA 95113 |
| | Telephone: (408) 283-7000 |
| 10 | Facsimile: (408) 283-7010 |
| 11 | Attorney for Defendant |
| | ANDY DUNAYCZAN |
| 12 | |

### UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| CVPARTNERS, INC., a California corporation, | No. CV 09 0689 SI |
| Plaintiff, | **STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT ANDY DUNAYCZAN** |
| v. | |
| JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATT HINDE, an individual; and PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN; and DOES 1 to 15, | |
| Defendants. | |

REQUEST FOR DISMISSAL OF DEFENDANT ANDY DUNAYCZAN, CV 09 0689 SI          1899956.1

TO THE HONORABLE SUSAN ILLSTON AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

Pursuant to the Settlement Agreement with Mutual Releases ("Agreement") they entered into, Plaintiff CVPartners, Inc. and Defendant Andy Dunayczan stipulate to the dismissal of the above-entitled matter with prejudice provided:

(1) that the dismissal be conditioned on the terms of the Agreement;

(2) that each party will bear its own costs, expenses, and attorneys' fees; and,

(3) that the Court retain jurisdiction over the enforcement of the Agreement in the event legal action is required to enforce the terms of the Agreement, including entry of a Stipulated Judgment as required by the Agreement in the event of a default by Dunayczan.

Pursuant to that Agreement, the parties hereby request this Court to enter an order dismissing the case with prejudice consistent with the above conditions and as set forth in the below Order.

DATED: April 30, 2009

HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
SANDRA L. RAPPAPORT
WALTER R. SCHNEIDER
Attorneys for Plaintiff
CVPARTNERS, INC.

DATED: April 29, 2009

TINGLEY PIONTKOWSKI LLP

By: /s/
BRUCE PIONTKOWSKI
Attorneys for Defendant
ANDY DUNAYCZAN

///

///

- 2 -

REQUEST FOR DISMISSAL OF DEFENDANT ANDY DUNAYCZAN, CV 09 0689 SI      1899956.1

1      I, Walter R. Schneider, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from the other signatory hereto.

By: _____/s/_____
WALTER R. SCHNEIDER

IT IS ORDERED THAT the above-entitled matter is hereby dismissed with prejudice. This dismissal is conditioned on the terms of the parties' Settlement Agreement with Mutual Releases. Each party will bear its own costs, expenses, and attorneys' fees.

The Court hereby retains jurisdiction over the enforcement of the parties' Settlement Agreement with Mutual Releases in the event legal action is required to enforce its terms, including entry of a Stipulated Judgment as required by the Agreement in the event of a default by Dunayczan.

DATED: April ____, 2009

_____
HONORABLE SUSAN ILLSTON

REQUEST FOR DISMISSAL OF DEFENDANT ANDY DUNAYCZAN, CV 09 0689 SI     1899956.1