|   |   |
|---|---|
| 1 | HANSON BRIDGETT LLP |
|   | SANDRA L. RAPPAPORT - 172990 |
| 2 | 425 Market Street, 26th Floor |
|   | San Francisco, CA 94105 |
| 3 | Telephone: (415) 777-3200 |
|   | Facsimile: (415) 541-9366 |
| 4 |   |
|   | Attorneys for Plaintiff |
| 5 | CVPARTNERS, INC. |
| 6 | MORGAN, LEWIS & BOCKIUS LLP |
|   | L. JULIUS M. TURMAN |
| 7 | One Market, Spear Street Tower |
|   | San Francisco, CA 94105-1126 |
| 8 |   |
|   | Attorneys for Defendant |
| 9 | MATTHEW HINDE |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

CVPARTNERS, INC., a California corporation,

Plaintiff,

v.

JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATT HINDE, an individual; and PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN, an individual; and DOES 1-15,

Defendants.

No. CV 09 00689 SI

**STIPULATION AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION AGAINST MATTHEW HINDE**

Plaintiff CVPARTNERS, INC. ("CVPartners" or "Plaintiff") and Defendant MATTHEW HINDE ("Defendant" or "Hinde"), by and through their respective counsel of record (collectively, the "Parties") hereby stipulate and agree to the entry of a permanent injunction against Hinde, or any entity or person acting by, through or in concert with him, as follows:

///

1. Requiring Hinde to delete any information in his LinkedIn, Facebook, or any other web-based account pertaining to any individual or entity who is known to be a CVPartners Client (defined as an individual or entity seeking to fill a job opening, with whom CVPartners did business or who CVPartners represented during Hinde's employment with CVPartners) or CVPartners Candidate (defined as an individual seeking a job with whom CVPartners did business or who CVPartners represented during Hinde's employment), except information pertaining to a CVPartners Client or CVPartners Candidate with whom Hinde had a relationship prior to his employment with CVPartners.

2. Requiring Hinde to return, delete, and/or erase, as directed by CVPartners, any CVPartners data or documents stored on any devices capable of storing, transferring or processing data in his possession or control.

3. Enjoining Hinde, for a period of two years from the date his employment with CVPartners terminated, from entering into a partnership with, working with in any capacity, or becoming employed by defendants Jeanmarie Boben, Tyler Hubbs, Patricia Redington, or any entity owned or operated by any or all of said defendants.

4. Enjoining Hinde, for a period of two years from the date his employment with CVPartners terminated, from soliciting or doing business with any individual or entity who was and is known to be a CVPartners Client or CVPartners Candidate, in the recruiting areas of finance and accounting, information technology, human resources, scientific, clinical research or regulatory affairs. Hinde shall not be enjoined from soliciting or doing business with a CVPartners Client or CVPartners Candidate with whom Hinde had a relationship prior to his employment with CVPartners.

5. Enjoining Hinde from disclosing to any third party or using for himself any information concerning the business or business practices of CVPartners,

|   |   |   |
|---|---|---|
| 1 | | learned by Hinde during his employment with CVPartners, unless express written approval is obtained before such disclosure or use. |

      learned by Hinde during his employment with CVPartners, unless express written approval is obtained before such disclosure or use.

    6. Enjoining Hinde, for a period of two years from the date his employment with CVPartners terminated, from hiring or causing to be hired any current employee of CVPartners, and from hiring or causing to be hired defendants Jeanmarie Boben, Tyler Hubbs, or Patricia Redington.

**IT IS SO STIPULATED** between the Parties.

DATED: April 30, 2009

HANSON BRIDGETT LLP

By: _____
SANDRA L. RAPPAPORT
Attorneys for Plaintiff
CVPARTNERS, INC.

DATED: April 30, 2009

MORGAN, LEWIS & BOCKIUS, LLP

By: _____
L. JULIUS M. TURMAN
Attorneys for Defendant
MATT HINDE

**IT IS SO ORDERED:**

DATED: _____

_____
HONORABLE SUSAN ILLSTON
U.S. District Court Judge

STIPULATION AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION
CV 09 0689 SI

1895215.2