| | |
|---|---|
| 1 | HANSON BRIDGETT LLP |
| | SANDRA L. RAPPAPORT - 172990 |
| 2 | srappaport@hansonbridgett.com |
| | WALTER R. SCHNEIDER - 173113 |
| 3 | JILL N. CARTWRIGHT - 209479 |
| | 425 Market Street, 26th Floor |
| 4 | San Francisco, CA 94105 |
| | Telephone: (415) 777-3200 |
| 5 | Facsimile: (415) 541-9366 |
| 6 | Attorneys for Plaintiff |
| | CVPARTNERS, INC. |
| 7 | |
| | MORGAN, LEWIS & BOCKIUS LLP |
| 8 | L. JULIUS M. TURMAN |
| | One Market, Spear Street Tower |
| 9 | San Francisco, CA 94105-1126 |
| 10 | Attorneys for Defendant |
| | PATRICIA REDINGTON |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CVPARTNERS, INC., a California corporation, | No. CV 09 00689 SI |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION AGAINST PATRICIA REDINGTON** |
| v. | |
| JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATT HINDE, an individual; and PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN, an individual; and DOES 1-15, | |
| Defendants. | |

Plaintiff CVPARTNERS, INC. ("CVPartners" or "Plaintiff") and Defendant PATRICIA REDINGTON ("Defendant" or "Redington"), by and through their respective counsel of record (collectively, the "Parties") hereby stipulate and agree to the entry of a

- 1 -

STIPULATION AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION
CV 09 0689 SI

1901959.1

permanent injunction against Redington, or any entity or person acting by, through or in concert with her, as follows:

///

1. Requiring Redington to delete any information in her LinkedIn, Facebook, or any other web-based account pertaining to any individual or entity who is known to be a CVPartners Client (defined as an individual or entity seeking to fill a job opening, with whom CVPartners did business or who CVPartners represented during Redington's employment with CVPartners) or CVPartners Candidate (defined as an individual seeking a job with whom CVPartners did business or who CVPartners represented during Redington's employment), except information pertaining to a CVPartners Client or Candidate with whom Redington had a relationship prior to her employment with CVPartners.

2. Requiring Redington to return, delete, and/or erase, as directed by CVPartners, any CVPartners data or documents stored on any devices capable of storing, transferring or processing data in her possession or control.

3. Enjoining Redington, for a period of two years from the date her employment with CVPartners terminated, from entering into a partnership with, working with in any capacity, or becoming employed by defendants Jeanmarie Boben, Tyler Hubbs, Matt Hinde, or any entity owned or operated by any or all of said defendants.

4. Enjoining Redington, for a period of two years from the date her employment with CVPartners terminated, from soliciting or doing business with any individual or entity who was and is known to be a CVPartners Client or Candidate. Redington shall not be enjoined from soliciting or doing business with a CVPartners Client or Candidate with whom Redington had a relationship prior to her employment with CVPartners.

5. Enjoining Redington from disclosing to any third party or using for herself any information concerning the business or business practices of CVPartners, learned by Redington during her employment with CVPartners, unless express written approval is obtained before such disclosure or use.

6. Enjoining Redington, for a period of two years from the date her employment with CVPartners terminated, from hiring or causing to be hired any current employee of CVPartners, and from hiring or causing to be hired defendants Jeanmarie Boben, Tyler Hubbs, or Matt Hinde.

**IT IS SO STIPULATED** between the Parties.

DATED: April 30, 2009

HANSON BRIDGETT LLP

By: _____
SANDRA L. RAPPAPORT
WALTER R. SCHNEIDER
Attorneys for Plaintiff
CVPARTNERS, INC.

DATED: April 29, 2009

MORGAN, LEWIS & BOCKIUS, LLP

By: _____
L. JULIUS M. TURMAN
Attorneys for Defendant
PATRICIA REDINGTON

**IT IS SO ORDERED:**

DATED: _____

_____
HONORABLE SUSAN ILLSTON
U.S. District Court Judge

- 3 -
STIPULATION AND [PROPOSED] ORDER FOR PERMANENT INJUNCTION
CV 09 0689 SI

1901959.1