1  DILLINGHAM & MURPHY, LLP
   CARLA J. HARTLEY (SBN 117213)
2  BROOKE S. PURCELL (SBN 260058)
   225 Bush Street, 6th Floor
3  San Francisco, California 94104-4207
   Telephone:   (415) 397-2700
4  Facsimile:   (415) 397-3300

5  Attorneys for Defendants JEANMARIE BOBEN,
   TYLER HUBBS, MATTHEW HINDE, and PATRICIA REDINGTON
6

7

8
                     UNITED STATES DISTRICT COURT
9
             FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12
   CVPARTNERS, Inc., a California              Case No.: CV 09 0689-SI
13 Corporation,

14         Plaintiffs,                         **SUBSTITUTION OF COUNSEL**

15      v.

16 JEANMARIE BOBEN, an individual;
   TYLER HUBBS, an individual; MATTHEW
17 HINDE, an individual; PATRICIA
   REDINGTON, an individual; ANDY
18 DUNAYCZAN, an individual; and Does 1-15,

19         Defendants.

20

21 TO THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF

22 CALIFORNIA, SAN FRANCISCO DIVISION, AND TO ALL PARTIES AND THEIR

23 ATTORNEYS OF RECORD:

24      PLEASE TAKE NOTICE that defendant **PATRICIA REDINGTON,** whose attorneys

25 of record is Dillingham & Murphy, LLP hereby substitutes L. Julius M. Turman of Morgan

26 Lewis, LLP, whose address is One Market, Spear Street Tower, San Francisco, CA 94105-

27 1596; (415) 422-1001 as her attorney of record in the above-captioned action from this date

28 forward.

1  ///

2  I consent to this substitution.

3

4  Dated: April 8, 2009

                                                                               PATRICIA REDINGTON

5

6  I consent to this substitution.

7  Dated: April 30, 2009

                                       DILLINGHAM & MURPHY, LLP
                                       CARLA J. HARTLEY
                                       BROOKE S. PURCELL

                                       By:

                                       Attorneys for Defendant
                                       PATRICIA REDINGTON

12  I consent to this substitution.

13  Dated: April 8, 2009

                                       MORGAN LEWIS, LLP

                                       By:

                                       L. Julius M. Turman

**IT IS SO ORDERED**

*/s/ Susan Illston*
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA