HANSON BRIDGETT LLP
SANDRA L. RAPPAPORT - 172990
srappaport@hansonbridgett.com
WALTER R. SCHNEIDER - 173113
wschneider@hansonbridgett.com
JILL N. CARTWRIGHT - 209479
jcartwright@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Plaintiff and Counterdefendant
CVPARTNERS, INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| CVPARTNERS, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATT HINDE, an individual; PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN, an individual; and DOES 1-15,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | No. CV 09 00689 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DATES**<br><br>Date:　May 29, 2009<br>Time:　2:30 p.m.<br>Ctrm:　10, 19th Fl., Hon. Susan Illston<br><br>Action Filed:　February 17, 2009 |

　　　　Plaintiff CVPARTNERS, INC., Defendant JEANMARIE BOBEN and Defendant TYLER HUBBS, by and through their respective counsel of record (collectively, the "Parties"), agree and stipulate that the Case Management Conference in this matter, presently scheduled for May 29, 2009 at 2:30 p.m. before the Honorable Judge Susan Illston, be continued to June 26, 2009 at 2:30 p.m., or thereafter, based on the Court's

- 1 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CV 09 0689 SI

1921769.1

1  availability.  The Parties further agree and stipulate that they will exchange Initial
2  Disclosures, and file and serve a Joint Case Management Conference Statement and
3  Rule 26(f) Report, seven days prior to the date of the continued Case Management
4  Conference.
5      Good cause exists to continue the Case Management Conference and the
6  deadlines related thereto as the Parties are in discussions to resolve this matter and
7  hope to finalize the terms of an agreement shortly.  A continuance of the Case
8  Management Conference and related deadlines will afford the Parties the opportunity to
9  continue their discussions, reach agreement and therefore avoid the need to consume
10 the parties' and the Court's resources.  Accordingly, the Parties submit that good cause
11 to continue the Case Management Conference exists.
12 **IT IS SO STIPULATED:**
13 DATED: May 19, 2009                              HANSON BRIDGETT LLP

By: /s/
SANDRA L. RAPPAPORT
Attorneys for Plaintiff
CVPARTNERS, INC.

- 2 -
STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CV 09 0689 SI

1921769.1

DATED: May 19, 2009                                          GORDON & REES LLP

By: /s/
MICHAEL BRUNO
Attorneys for Defendant JEANMARIE BOBEN

DATED: May 19, 2009                                          DILLINGHAM & MURPHY LLP

By: /s/
CARLA J. HARTLEY
Attorneys for Defendants JEANMARIE BOBEN and TYLER HUBBS

DATED: May 19, 2009                                          GOODWIN PROCTER LLP

By: /s/
THOMAS F. FITZPATRICK
Attorneys for Defendant TYLER HUBBS

*I, Sandra L. Rappaport, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories within this e-filed document.

### [PROPOSED] ORDER

The Case Management Conference presently scheduled for May 29, 2009 is hereby continued as follows: Friday, July 10, 2009 at 2:30 p.m. in Courtroom 10, 19th Floor. The Parties shall each serve Initial Disclosures and shall file and serve a Joint Case Management Conference Statement and Rule 26(f) Report at least seven days prior to the continued Case Management Conference date.

**IT IS SO ORDERED.**

Dated: May __, 2009

_____
HONORABLE SUSAN ILLSTON
United States District Court Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE, CV 09 0689 SI

1921769.1