1    HANSON BRIDGETT LLP
      SANDRA L. RAPPAPORT - 172990
2    srappaport@hansonbridgett.com
      WALTER R. SCHNEIDER - 173113
3    JILL N. CARTWRIGHT - 209479
      425 Market Street, 26th Floor
4    San Francisco, CA 94105
      Telephone: (415) 777-3200
5    Facsimile: (415) 541-9366

6    Attorneys for Plaintiff
      CVPARTNERS, INC.

7

      MORGAN, LEWIS & BOCKIUS LLP
8    L. JULIUS M. TURMAN
      One Market, Spear Street Tower
9    San Francisco, CA 94105-1126

10    Attorneys for Defendants
       MATTHEW HINDE and PATRICIA REDINGTON

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| CVPARTNERS, INC., a California corporation,<br><br>           Plaintiff,<br><br>   v.<br><br>JEANMARIE BOBEN, an individual; TYLER HUBBS, an individual; MATT HINDE, an individual; and PATRICIA REDINGTON, an individual; ANDY DUNAYCZAN; and DOES 1 to 15,<br><br>           Defendants. | No. CV 09 0689 SI<br><br>**STIPULATED REQUEST FOR DISMISSAL OF COMPLAINT AGAINST DEFENDANT MATT HINDE AND DISMISSAL OF MATT HINDE's COUNTERCLAIMS AGAINST CVPARTNERS, INC.** |

TO THE HONORABLE SUSAN ILLSTON AND THE CLERK OF THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA,

       Pursuant to the Settlement Agreement with Mutual Releases ("Agreement") they entered into, Plaintiff CVPartners, Inc. and Defendant Matt Hinde stipulate to the dismissal of (1) the above-entitled matter against Matt Hinde and (2) dismissal of Matt Hinde's Counterclaims against CVPartners, Inc. with prejudice, provided:

       (1) that the dismissals be conditioned on the terms of the Agreement;

- 1 -

REQUEST FOR DISMISSAL OF DEFENDANT PATRICIA REDINGTON
CV 09 0689 SI

1901986.1

1     (2) that each party will bear its own costs, expenses, and attorneys' fees; and,

2     (3) that the Court retain jurisdiction over the enforcement of the Agreement in the event legal action is required to enforce the terms of the Agreement.

Pursuant to that Agreement, the parties hereby request this Court to enter an order dismissing the case against Matte Hinde and dismissing Matt Hinde's Counterclaims against CVPartners, Inc., all with prejudice, consistent with the above conditions and as set forth in the below Order.

DATED: May 21, 2009                    HANSON BRIDGETT MARCUS VLAHOS & RUDY, LLP

By: /s/
SANDRA L. RAPPAPORT
WALTER R. SCHNEIDER
Attorneys for Plaintiff
CVPARTNERS, INC.

DATED: May 21, 2009                    MORGAN, LEWIS & BOCKIUS

By: /s/
L. JULIUS M. TURMAN
Attorneys for Defendant
MATTHEW HINDE

I, Walter R. Schneider, hereby attest, pursuant to N.D. Cal. General Order No. 45, that concurrence to the filing of this document has been obtained from the other signatory hereto.

By: /s/
WALTER R. SCHNEIDER

### ORDER

IT IS ORDERED THAT the above-entitled matter is hereby dismissed with prejudice against Matt Hinde, and;

IT IS FURTHER ORDERED THAT Matt Hinde's Counterclaims against CVPartners, Inc is dismissed with prejudice;

IT IS FURTHER ORDERED THAT the above dismissals are conditioned on the terms of the parties' Settlement Agreement with Mutual Releases. Each party will bear its own costs, expenses, and attorneys' fees.

The Court hereby retains jurisdiction over the enforcement of the parties' Settlement Agreement with Mutual Releases in the event legal action is required to enforce its terms.

DATED: May _____, 2009

_____
HONORABLE SUSAN ILLSTON